Case 08-70493    Doc 20    Filed 08/29/08    Entered 08/29/08 09:16:43    Desc Main
Document      Page 1 of 1

# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: JOHN CHRISTIANO  
655 CARY WOODS CIRCLE  
CARY, IL 60013  

SSN-xxx-xx-9707

Case Number: 08-70493

Case filed on: 2/22/2008  
Plan Confirmed on:  

U Dismissed Unconfirmed

Total funds received and disbursed pursuant to the plan: $610.00      Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LAW OFFICE OF KENNETH J. CHAPMAN | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
|  | Total Legal | 2,500.00 | 2,500.00 | 0.00 | 0.00 |
| 007 | BOWMAN HEINTZ BOSCIA & VICIAN PC | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Legal | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | DEPARTMENT OF THE TREASURY | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | JOHN CHRISTIANO | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | AFFINITY PLUS FEDERAL CREDIT UNION | 10,950.00 | 10,950.00 | 313.01 | 246.36 |
| 002 | WFHM | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 10,950.00 | 10,950.00 | 313.01 | 246.36 |
| 005 | FIA CARD SERVICES aka BANK OF AMERICA | 6,853.78 | 2,994.42 | 0.00 | 0.00 |
| 006 | ECAST SETTLEMENT CORPORATION | 2,868.48 | 1,253.24 | 0.00 | 0.00 |
| 008 | CAPITAL ONE | 2,652.40 | 1,158.83 | 0.00 | 0.00 |
| 009 | LVNV FUNDING LLC | 1,750.64 | 764.85 | 0.00 | 0.00 |
| 010 | FORD MOTOR CREDIT COMPANY | 6,435.22 | 2,811.55 | 0.00 | 0.00 |
| 011 | GREAT BANK ALGONQUIN | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | ECAST SETTLEMENT CORPORATION | 222.34 | 97.14 | 0.00 | 0.00 |
| 013 | ECAST SETTLEMENT CORPORATION | 435.67 | 190.34 | 0.00 | 0.00 |
| 014 | BASS & ASSOCIATES PC | 1,329.91 | 581.04 | 0.00 | 0.00 |
| 015 | LVNV FUNDING LLC | 550.96 | 240.71 | 0.00 | 0.00 |
| 016 | STATE FARM BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | ANNE CHRISTIANO | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | MARATHON ASHLAND PETROLEUM LLC | 930.27 | 406.43 | 0.00 | 0.00 |
| 019 | HSBC BANK N/A | 399.35 | 174.48 | 0.00 | 0.00 |
|  | Total Unsecured | 24,429.02 | 10,673.03 | 0.00 | 0.00 |
|  | Grand Total: | 37,879.02 | 24,123.03 | 313.01 | 246.36 |

Total Paid Claimant: $559.37  
Trustee Allowance: $50.63  
Percent Paid Unsecured: 0.00

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just. Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

    /s/ Lydia S. Meyer  
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL on 08/28/2008      By /s/Heather M. Fagan